# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHEN S. HASSEL, | : Civil No. 1:19-CV-02081 |
| Plaintiff, | : |
| v. | : Judge Jennifer P. Wilson |
| CENTRIC BANK and<br>TRANS UNION, LLC, | : |
| Defendants. | : Magistrate Judge Karoline Mehalchick |

## ORDER

**AND NOW**, on this 4th day of June, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. The report and recommendation issued by United States Magistrate Judge Karoline Mehalchick (Doc. 17) is **ADOPTED IN PART AND REJECTED IN PART**.

2. Plaintiff's objections (Doc. 18) are **OVERRULED IN PART AND SUSTAINED IN PART**.

3. Plaintiff's claims under 15 U.S.C. § 1681i and 15 U.S.C. § 1681s-2(a) against Defendant Centric Bank are **DISMISSED**.

4. Plaintiff's claim under 15 U.S.C. § 1681s-2(b) shall not be dismissed.

5. Defendant Centric Bank's motion to dismiss (Doc. 6) is recommitted to Judge Mehalchick for consideration of Centric Bank's arguments regarding

Plaintiff's negligence and defamation claims and Plaintiff's request for actual damages.

6. This case is recommitted to Judge Mehalchick for further proceedings consistent with this order and the accompanying memorandum.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Court Judge<br>
Middle District of Pennsylvania